JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEUTSCH,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT KLEIN, as Trustee of the Anna Deutsch Trust, et al.,<br><br>        Defendants. | CV 23-2316 PA (MAAx)<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the Court's April 25, 2023 Minute Order, which dismissed the action filed by plaintiff Robert Deutsch ("Plaintiff") against defendants Robert Klein, as Trustee of the Anna Deutsch Trust, dated September 3, 1991, as Amended and Restated on August 20, 2015, and as Amended and Restated on August 26, 2015, Alexandra Leichter, Robert Leichter, David Winkler, and Does 1 through 10 (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED: April 25, 2023

                                                        Percy Anderson<br>
                                        UNITED STATES DISTRICT JUDGE